No. 03–8466. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8469. NEWTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8472. SYPOLT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8478. MARTINEZ-MATA v. UNITED STATES (Reported below: 78 Fed. Appx. 435); CAMACHO-RAMOS v. UNITED STATES (79 Fed. Appx. 59); RODRIGUEZ-GOMEZ, AKA GOMEZ v. UNITED STATES (79 Fed. Appx. 634); RAMOS LOPEZ v. UNITED STATES (78 Fed. Appx. 405); ALTAMIRANO-LOPEZ v. UNITED STATES (78 Fed. Appx. 410); ZELAYA-ULLOA v. UNITED STATES (78 Fed. Appx. 411); MEZA-LOPEZ v. UNITED STATES (79 Fed. Appx. 627); GOMEZ-RAMIREZ, AKA GOMEZ-RHEA v. UNITED STATES (78 Fed. Appx. 411); SUPINIO CARRILLO v. UNITED STATES (78 Fed. Appx. 412); ANTUNES-ORTIZ v. UNITED STATES (79 Fed. Appx. 630); VALLE-SALAZAR v. UNITED STATES (78 Fed. Appx. 413); MOLINA-MARTINEZ v. UNITED STATES (78 Fed. Appx. 414); ESPINO-REYES v. UNITED STATES (79 Fed. Appx. 615); LOPEZ-DeLEON v. UNITED STATES (78 Fed. Appx. 415); CORTEZ-LOPEZ v. UNITED STATES (79 Fed. Appx. 617); MARTINEZ-SAUCEDA v. UNITED STATES (79 Fed. Appx. 619); MARTINEZ-ARRATIA v. UNITED STATES (78 Fed. Appx. 416); MENDOZA-CHAVIRA v. UNITED STATES (79 Fed. Appx. 620); OCHOA-HERNANDEZ v. UNITED STATES (78 Fed. Appx. 417); FUENTES v. UNITED STATES (79 Fed. Appx. 30); CANALES-CRUZ v. UNITED STATES (78 Fed. Appx. 419); SANDOVAL-GUEL, AKA MARTINEZ-GUEL v. UNITED STATES (79 Fed. Appx. 83); and PERALA-SALAZAR v. UNITED STATES (79 Fed. Appx. 84). C. A. 5th Cir. Certiorari denied.

No. 03–8479. SALVADOR CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8480. CAMACHO-ARIZA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8481. CALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8482. CHALLENGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.